# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157930(28)

IN THE MATTER OF

THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

SC: 157930
JTC Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Chief Justice, the motion of respondent judge to file a reply in excess of the page limitation is GRANTED. The reply submitted on June 18, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2019



Clerk